IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES JACKSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BELLSOUTH TELECOMMUNICATIONS, LLC,<br><br>　　　　Defendant. | CIVIL ACTION FILE NO:<br><br>(Removed from the State Court of DeKalb County, Civil Action File No.: 21A05298) |

## DEFENDANT BELLSOUTH TELECOMMUNICATIONS, LLC'S NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT

COMES NOW defendant BellSouth Telecommunications, LLC ("BellSouth") and hereby gives notice, pursuant to 28 U.S.C. §§ 1441 and 1446, of the removal of this action from the State Court of DeKalb County, Georgia, Civil Action File No. 21A05298, to the United States District Court for the Northern District of Georgia, Atlanta Division.  In support thereof, BellSouth respectfully states as follows:

1.

Plaintiff commenced the above-styled action in the State Court of DeKalb County, Georgia, on November 19, 2021, as Civil Action File No. 21A05298.

2.

BellSouth was served with the following documents on December 13, 2021, at the office of their registered agent in Georgia: Summons, Complaint for Personal Injuries, and Affidavit of Service as to each (Exhs. 1-3).

3.

This notice of removal of the case to this United States District Court is filed by BellSouth within thirty (30) days of service of the complaint, from which it was first ascertained that the case is one which is removable, in accordance with the provisions of 28 U.S.C. §§ 1441 and 1446.

4.

The parties to this action are:

- plaintiff James Jackson, a citizen of Georgia;
- defendant BellSouth Telecommunications, LLC;
    - The only member of BellSouth Telecommunications, LLC is BellSouth, LLC.  The sole member of BellSouth, LLC is AT&T DataComm, LLC, and the sole member of AT&T DataComm, LLC is AT&T DataComm Holdings, Inc.  AT&T DataComm Holdings, Inc. is incorporated in Delaware and has its principal place of business in Texas.

As such, plaintiff (a resident of Georgia) is diverse from all members of BellSouth Telecommunications, LLC (Delaware and Texas).

5.

In this action, plaintiff seeks to recover general and special damages for personal injuries allegedly sustained in an incident occurring on or about November 20, 2019, in DeKalb County, Georgia.  Plaintiff claims that he sustained serious, painful, and permanent bodily injuries requiring medical treatment, including past medical expenses in an amount of no less than $76,753,15. (Compl. ¶ 13).  Plaintiff further claims damages for lost wages and expenses of litigation. (Compl. ¶ 14).

6.

Therefore, this action is one over which this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332, in that (a) the plaintiff and defendant are citizens of different states, and (b) the matter in controversy has a value, exclusive of interest and costs, in excess of $75,000.00.

7.

Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2) and Local Rule 3.1(B)(3), N.D.Ga., on the grounds that a substantial part of the events giving rise to the claim occurred in this District.

8.

Attached hereto as Exhibits 1 through 3, and made a part hereof by reference, are true and correct copies of the following documents that were filed in the State Court of DeKalb County, Georgia:

(1) Summons;

(2) Complaint for Damages;

(3) Affidavit of Service to BellSouth Telecommunications, LLC.

9.

Written notice of the filing of this Notice of Removal will be given to all adverse parties as required by law.

10.

In compliance with 28 U.S.C. § 1446(a), BellSouth will file written notice of removal to with the Clerk of Court for the State Court of DeKalb County, a copy of which is attached to this notice of removal as Exhibit 4.

WHEREFORE, defendant BellSouth Telecommunications, LLC prays that the State Court of DeKalb County, Georgia, proceed no further with Civil Action File No. 21A05298, and that said action be and hereby is removed from the State Court of DeKalb County, Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division.

This 11th day of January, 2022.

                                          */s/ John L. McKinley, Jr.*
                                          John L. McKinley, Jr.
                                          Georgia Bar No. 495513
                                          Taylor G. Martin
                                          Georgia Bar No. 761733

                                          Attorneys for defendant
                                          BellSouth Telecommunications, LLC


MOZLEY, FINLAYSON & LOGGINS LLP
1050 Crown Pointe Parkway, Suite 1500
Atlanta, GA  30338-7704
(404) 256-0700 (telephone)
(404) 250-9355 (facsimile)
jmckinley@mfllaw.com
tmartin@mfllaw.com
#521962

IN THE UNITED STATES DISTRIT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES JACKSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BELLSOUTH TELECOMMUNICATIONS, LLC,<br><br>　　　　Defendant. | CIVIL ACTION FILE NO:<br><br>(Removed from the State Court of DeKalb County, Civil Action File No.: 21A05298) |

**CERTIFICATE OF SERVICE AND TYPE SIZE COMPLIANCE**

I hereby certify that on this date I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following attorneys of record:

Rachel Deloach-Bukle, Esq.
Monge & Associates
8205 Dunwoody Place
Building 19
Atlanta, GA 30350
rachel@monge.lawyer

Pursuant to Local Rule 5.1, NDGa., the foregoing pleading is prepared in Times New Roman, 14 point.

This 11th day of January, 2022.

                                                   */s/ John McKinley, Jr.*
                                                   John L. McKinley, Jr.