# EXHIBIT 2

THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| JAMES JACKSON,<br><br>Plaintiff;<br><br>v.<br><br>BELLSOUTH TELECOMMUNICATIONS, LLC,<br><br>Defendant. | Civil Action File No.:<br>No.: 21A05298<br><br><br><br>Demand for Jury Trial |

## COMPLAINT FOR PERSONAL INJURIES

NOW COMES, the Plaintiff, James Jackson, (hereinafter referred to as "Plaintiff") shows this Court the following facts and circumstances in support of this Complaint:

1.

Plaintiff is a resident of DeKalb County.

2.

Defendant, BellSouth Telecommunications, LLC, a Georgia corporation doing business in the State of Georgia, is subject to the jurisdiction of this Court and can be served a Summons, Complaint for Personal Injuries, Interrogatories, Request for Production of Documents and Request for Admissions by and through its registered agent for service: C T Corporation System, 289 S. Culver St., Lawrenceville, Gwinnett County, Georgia 30046.

3.

Venue is proper in this court pursuant to O.C.G.A. § 14-2-510 (3).

4.

STATE COURT OF
DEKALB COUNTY, GA.
11/19/2021 11:52 AM
E-FILED
BY: Monica Gay

On November 20, 2019, Plaintiff was an invitee at the home of his brother, located at 496 Mosswood Shoals, Stone Mountain, DeKalb County, Georgia 30087.

5.

As Plaintiff, along with his brother, were attempting to leave the house, they walked towards the front of the residence.

6.

As Plaintiff was walking towards the front of the residence, he tripped and fell on the unsecured and unburied cable line.

7.

The unsecured and unburied cable line caused Plaintiff to trip and fall, causing him severe injuries.

8.

Defendant BellSouth Telecommunications, LLC had actual and/or constructive knowledge of the hazardous condition of the cable utility line and its unburied/unsecured condition, having negligently left the cable line unburied and unsecured at the home for several weeks of this incident.

9.

Defendant BellSouth Telecommunications, LLC had superior knowledge of the hazardous condition caused by the unsecured/unburied cable utility line at all times relevant hereto.

10.

The sole and proximate cause of this trip and fall and of any and all resulting injuries and damages to Plaintiff was Defendant BellSouth Telecommunications, LLC's negligent conduct in the following particulars, but not specifically limited hereto, in that:

(a) Defendant negligently installed the cable line by failing to bury the line in the ground in an area where people would walk with an unsecured line;

(b) Defendant failed to properly inspect the installation following completion;

(c) Defendant failed to properly maintain its installation;

(d) Defendant generally failed to exercise due care under the circumstances;

(e) Defendant failed to warn the homeowners and their invitees of the dangerous condition created by the failure to secure and bury the cable utility line; and

(f) Any and all other acts/omissions not now known to the Plaintiff but which may become known prior to or at the time of trial.

11.

Plaintiff lacked knowledge of the hazard despite his exercise of ordinary care.

12.

This is a clear liability case caused by Defendants' negligent conduct.

13.

As a direct, sole, and proximate result of the negligence of Defendant BellSouth Telecommunications, LLC, Plaintiff has:

(a) suffered serious, painful, and permanent bodily injuries, great physical pain and mental anguish, severe emotional distress, and loss of the capacity for the enjoyment of life;

(b) has and will be required to undergo medical treatment and to incur medical costs and expenses in excess of $76,753.15 to alleviate said injuries, pain, and suffering, as follows:

| | |
|---|---|
| Eastside Medical Center | $ 15,355.15 |
| Maroon Bells ER Physicians | $ 1,638.00 |
| Ortho Atlanta | $ 6,740.00 |
| PT Solutions Physical Therapy | $ 27,242.00 |
| Rehabilitation Physicians of GA | $ 25,423.00 |
| South Gwinnett Radiology | $ 355.00 |

(c) Continues to treat for his injuries, including recent injections and a surgical recommendation for the damage to his spine;

(d) has and will be precluded from engaging in normal activities and pursuits, including a loss of the ability to earn money;

(e) otherwise was hurt, injured, and caused to sustain losses;

(f) all of the Plaintiffs' losses were, are, and will be due solely to and by reason of the negligence of Defendant BellSouth Telecommunications, LLC, without any negligence or want of due care on the Plaintiff's part contributing thereto.

14.

Defendant BellSouth Telecommunications, LLC is indebted to Plaintiff for past, present and future treatment expenses; past, present and future pain and suffering; past, present and future loss of ability to enjoy life; lost wages, expenses of litigation, and all other damages allowed by Georgia law.

WHEREFORE, Plaintiff having set forth the facts and circumstances in support of her cause of action, respectfully requests to be GRANTED:

(a) A trial by jury;

(b) Compensation in damages for Plaintiff's medical expenses in excess of $76,753.15;

(c) Compensation in damages for Plaintiff's mental stress, pain, suffering, discomfort and inconvenience;

(d) Compensation for actual and compensatory damages;

(e) Expenses of litigation, including reasonable attorney's fees; and

(f) Such other relief as this Court may deem fair and reasonable.

This 19th day of November, 2021.

Respectfully submitted,

**MONGE & ASSOCIATES,**

*/s/ Rachel Deloach-Bukle*
Rachel Deloach-Bukle
Georgia Bar No. 144547
Attorney for Plaintiff

8205 Dunwoody Place
Building 19
Atlanta, Georgia 30350
(770) 741-0540
rachel@monge.lawyer

STATE COURT OF
DEKALB COUNTY, GA.
11/19/2021 11:52 AM
E-FILED
BY: Monica Gay